# UNITED STATES DISTRICT Court

# DISTRICT OF NEVADA

| | |
|---|---|
| HENGPO CHENG, | Case No.: 2:23-cv-01961-NJK |
| | ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF |
| Plaintiff, | |
| vs. | (FIRST REQUEST) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Hengpo Cheng and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from February 26, 2024 to March 11, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 26, 2024     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Hengpo Cheng

DATE: February 26, 2024     JASON M. FRIERSON
United States Attorney

/s/ *Franco L. Becia*

BY: _____

Franco L. Becia
Special Assistant United States Attorney
|*authorized by e-mail|

DATED: February 27, 2024

IT IS SO ORDERED:

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.