UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HENGPO CHENG,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER SOCIAL SECURITY,<br><br>    Defendant. | Case 2:23-cv-01961-NJK<br><br>ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will direct the ALJ to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of his claim and an opportunity for a new hearing.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED March 29, 2024.

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing, Inc., CPC

By: s/ Marc V. Kalagian
MARC V. KALAGIAN
Attorney for Plaintiff
(By email authorization)

JASON M. FRIERSON
United States Attorney

By: s/ *Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

The parties' stipulation is granted. All pending motions are denied as moot. The Clerk's Office is instructed to close this case.

IT IS SO ORDERED:

_____
HON. JUDGE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: April 1, 2024